Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
WAYNE RUSIN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | Case No.: 3:20-cv-02220-W-MSB |
| WAYNE RUSIN, | |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE.** |
| vs. | |
| WESTERN DENTAL SERVICES, INC. | |
| Defendant(s), | Judge: Hon. Thomas J. Whelan |
| | Magistrate: Hon. Magistrate Michael S. Berg |

## <u>JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE</u>

Plaintiff WAYNE RUSIN ("Plaintiff"), and Defendant WESTERN DENTAL SERVICES INC. ("Defendant") (collectively "The Parties"), herein respectfully submit this Joint Motion for Dismissal of this Entire Action with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREAS, the Parties stipulate that the entire action, including all claims, are

hereby dismissed with prejudice as to Defendant, and the Parties hereby jointly move to dismiss this entire action with prejudice, with each Party to bear their own fees and costs.

Dated: March 5 2020          By:     */s/ Ahren A. Tiller*
                                     Ahren A. Tiller, Esq.
                                     BLC Law Center, APC
                                     Attorney for Plaintiff
                                     WAYNE RUSIN


Dated: March 5 2020          By:     */s/ Zhasmina Y. Kolarova*
                                     Zhasmina Y. Kolarova, Esq.
                                     Wood, Smith, Henning &
                                     Berman, LLP
                                     Attorney for Defendant
                                     WESTERN DENTAL SERVICES, INC.

1

## SIGNATURE CERTIFICATION

2          I, Ahren A. Tiller, declare under the penalty of perjury of the laws of the

3  United States that Pursuant to Section 2(f)(4) of the Electronic Case Filing

4  Administration Policies and Procedures Manual, that the contents of this document

5  are acceptable to the above-undersigned Counsel(s) and that I have obtained their

6  authorization(s) to affix their electronic signature(s) to this document.

7

8  Dated: March 5 2020                    By:     */s/ Ahren A. Tiller*
                                                   Ahren A. Tiller, Esq.
9                                                  BLC Law Center, APC
                                                   Attorney for Plaintiff
10                                                 WAYNE RUSIN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28