1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

7
8
9    WAYNE RUSIN,

10                                          Plaintiff,

11    v.

12    WESTERN DENTAL SERVICES, INC.,

13                                          Defendant.

Case No.:  20-CV-02220 W (MSB)

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 11]**

14

15        Parties have filed a joint motion to dismiss with prejudice.  [Doc. 11.]  Good cause

16    appearing, the Court **GRANTS** the joint motion.  This action is dismissed **WITH**

17    **PREJUDICE**.  Per the terms of the joint motion, each party is to bear its own fees and

18    costs.

19

20        **IT IS SO ORDERED.**

21

22    Dated:  March 8, 2021

23

24                                          Hon. Thomas J. Whelan

25                                          United States District Judge

26
27
28

1